ARTHUR C. LEVY, Respondent, v. ROBERT LACEY et al., Appellants.—

No opinion. Appeal from decision of said court dated May 20, 1966 dismissed, without costs. No appeal lies from a decision; however, we have reviewed the decision on the appeal from the judgment. Beldock, P. J., Ughetta, Rabin, Benjamin and Nolan, JJ., concur.

NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants, v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, et al., Respondents,. and BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN et al., Intervenors-Respondents.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur. [46 Misc 2d 68.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAMIRO CONDE BORGES, Appellant

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.